# United States Bankruptcy Court
## Northern District of California

In re: **Angelo P Accornero / Lori E Accornero**, Debtor(s)

Case No.
Chapter **7**

## STATEMENT RE PAYMENT ADVICES

☑ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **September 23, 2010**  Signature **/s/ Angelo P Accornero**
**Angelo P Accornero**
Debtor

Date **September 23, 2010**  Signature **/s/ Lori E Accornero**
**Lori E Accornero**
Joint Debtor

Date **September 23, 2010**  Signature **/s/ Daniel B. Beck**
**Daniel B. Beck 63865**
Attorney

| CITY OF PETALUMA | | | | Emp No: 1543 | | Name: ACCORNERO, ANGELO | |
|---|---|---|---|---|---|---|---|
| Federal allow/mar/add: | 2 M | 0.00 | | Pay period start | 8/9/2010 | Gross pay | 6,242.26 |
| State allow/mar/add: | 2 M | 0.00 | | Pay period end | 8/22/2010 | Net pay | 4,274.75 |
| Check # 17049 | | Issue date 8/27/2010 | | | | YTD Gross earnings | 85,947.70 |
| | | | | | | Taxable calendar YTD earnings | 78,795.49 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 80.00 | 38.4000 | 3,072.00 |
| Overtime | 44.50 | 64.2996 | 2,861.33 |
| Advance Cert 7% | 0.00 | 0.0000 | 215.04 |
| Longevity Pay | 0.00 | 0.0000 | 153.60 |
| Uniform | 0.00 | 0.0000 | 46.08 |
| Longevity Pay Furlough Red | 0.00 | 0.0000 | -4.72 |
| Advance Cert 7% Furlough | 0.00 | 0.0000 | -6.61 |
| Furlough Time Charged | 2.46 | -38.4000 | -94.46 |

### DEDUCTIONS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 89.59 | 1,238.83 |
| Federal Tax | 1,017.54 | 10,968.88 |
| CA State Tax | 382.07 | 3,896.24 |
| PERS | 304.28 | 5,740.37 |
| Survivor | 0.93 | 16.74 |
| Kaiser | 63.98 | 511.84 |
| Hartford 457 | 50.00 | 900.00 |
| Pre-Paid Legal | 7.36 | 132.48 |
| Pol Dues-Sworn | 51.76 | 931.68 |
| DIR. DEPOSIT | 250.00 | 0.00 |
| DIR. DEPOSIT | 4,024.75 | 0.00 |
| Total | 6,242.26 | 24,337.06 |

### LEAVE

| Description | Previous | Earned | Taken | Balance |
|---|---|---|---|---|
| Furlough Charged | 24.62 | 0.00 | 2.46 | 22.16 |
| Furlough Taken | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacation | 141.08 | 7.69 | 0.00 | 148.77 |
| Sick Leave | 168.11 | 3.69 | 0.00 | 171.80 |
| Float Hol | 10.00 | 0.00 | 0.00 | 10.00 |
| Comp Time | 12.38 | 0.00 | 0.00 | 12.38 |

### BENEFITS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 89.59 | 1,238.83 |
| PERS | 925.23 | 17,801.24 |
| Dental | 120.75 | 919.50 |
| Pemcha | 105.00 | 840.00 |
| Vision | 10.00 | 110.00 |
| Kaiser | 1,215.68 | 9,725.44 |
| Life Ins | 9.30 | 74.40 |
| LTD Sworn Pol | 19.50 | 156.00 |
| EAP | 6.50 | 52.00 |
| UI | 33.71 | 531.77 |
| PRB | 32.75 | 596.74 |
| Total | 2,568.01 | 32,045.92 |

### DIRECT DEPOSIT

| Account | Routing # | Amount |
|---|---|---|
| S ****6837 | 321177586 | 250.00 |
| C ****2392 | 321177586 | 4,024.75 |

**Comments:**

PLEASE DETACH BEFORE DEPOSITING



**CITY OF PETALUMA**
11 ENGLISH ST
PETALUMA, CA 94952

Payable through
EXCHANGE BANK

| | Check # | 17049 | 9999-01 999 |
|---|---|---|---|
| Dept | Emp # | | Date |
| 4000 | 1543 | | 8/27/2010 |

Amount
***********0.00

Void Void

Pay exactly ***** VOID ***** VOID ***** VOID ***** VOID ******
Check Sort 4000

Pay to the order of
ANGELO P ACCORNERO
5960 YERBA BUENA RD
SANTA ROSA, CA 95409

**NOT NEGOTIABLE - NOTICE OF DEPOSIT**

| CITY OF PETALUMA | | | | Emp No: 1543 | | Name: ACCORNERO, ANGELO | |
|---|---|---|---|---|---|---|---|
| Federal allow/mar/add: | 2 M | 0.00 | | Pay period start | 7/26/2010 | Gross pay | 4,216.83 |
| State allow/mar/add: | 2 M | 0.00 | | Pay period end | 8/8/2010 | Net pay | 3,061.24 |
| Check # 16709 | | Issue date 8/13/2010 | | | | YTD Gross earnings | 79,705.44 |
| | | | | | | Taxable calendar YTD earnings | 72,971.49 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 40.00 | 38.4000 | 1,536.00 |
| Furlough Taken | 32.00 | 38.4000 | 1,228.80 |
| Overtime | 13.00 | 64.2996 | 835.90 |
| Vacation | 8.00 | 38.4000 | 307.20 |
| Advance Cert 7% | 0.00 | 0.0000 | 215.04 |
| Longevity Pay | 0.00 | 0.0000 | 153.60 |
| Uniform | 0.00 | 0.0000 | 46.08 |
| Longevity Pay Furlough Rec | 0.00 | 0.0000 | -4.72 |
| Advance Cert 7% Furlough | 0.00 | 0.0000 | -6.61 |
| Furlough Time Charged | 2.46 | -38.4000 | -94.46 |

### DEDUCTIONS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 61.14 | 1,149.24 |
| Federal Tax | 504.10 | 9,951.34 |
| CA State Tax | 176.02 | 3,514.17 |
| PERS | 304.28 | 5,436.09 |
| Survivor | 0.93 | 15.81 |
| Kaiser | 0.00 | 447.86 |
| Hartford 457 | 50.00 | 850.00 |
| Pre-Paid Legal | 7.36 | 125.12 |
| Pol Dues-Sworn | 51.76 | 879.92 |
| DIR. DEPOSIT | 250.00 | 0.00 |
| DIR. DEPOSIT | 2,811.24 | 0.00 |
| Total | 4,216.83 | 22,369.55 |

### LEAVE

| Description | Previous | Earned | Taken | Balance |
|---|---|---|---|---|
| Furlough Charged | 27.08 | 0.00 | 2.46 | 24.62 |
| Furlough Taken | 32.00 | 0.00 | 32.00 | 0.00 |
| Vacation | 141.39 | 7.69 | 8.00 | 141.08 |
| Sick Leave | 164.42 | 3.69 | 0.00 | 168.11 |
| Float Hol | 10.00 | 0.00 | 0.00 | 10.00 |
| Comp Time | 12.38 | 0.00 | 0.00 | 12.38 |

### BENEFITS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 61.14 | 1,149.24 |
| PERS | 925.23 | 16,876.01 |
| Dental | 0.00 | 798.75 |
| Pemcha | 0.00 | 735.00 |
| Vision | 0.00 | 100.00 |
| Kaiser | 0.00 | 8,509.76 |
| Life Ins | 0.00 | 65.10 |
| LTD Sworn Pol | 0.00 | 136.50 |
| EAP | 0.00 | 45.50 |
| UI | 27.41 | 498.06 |
| PRB | 32.75 | 563.99 |
| Total | 1,046.53 | 29,477.91 |

### DIRECT DEPOSIT

| Account | Routing # | Amount |
|---|---|---|
| S ****6837 | 321177586 | 250.00 |
| C ****2392 | 321177586 | 2,811.24 |

**Comments:**

PLEASE DETACH BEFORE DEPOSITING



**CITY OF PETALUMA**
11 ENGLISH ST
PETALUMA, CA 94952

Payable through
EXCHANGE BANK

| | 9999-01 999 |
|---|---|
| Check # 16709 | |

| Dept | Emp # | Date |
|---|---|---|
| 4000 | 1543 | 8/13/2010 |

| Amount |
|---|
| ***********0.00 |

**Pay exactly** ***** VOID ***** VOID ***** VOID ***** VOID ******
**Check Sort** 4000

Pay to the order of
ANGELO P ACCORNERO
5960 YERBA BUENA RD
SANTA ROSA, CA 95409

Void Void

**NOT NEGOTIABLE - NOTICE OF DEPOSIT**

Case: 10-13676   Doc# 8   Filed: 09/23/10   Entered: 09/23/10 14:18:07   Page 3 of 8



**Benefit Services Division**
P.O. Box 2796
Sacramento, CA 95812-2796
**(888) CalPERS** (or **888**-225-7377)
TDD - (916) 795-3240; FAX (916) 795-1280

Refer to: ███-1223

August 12, 2008

Lori Accornero
5960 Yerba Buena Rd
Santa Rosa, CA 95409

Dear Lori Accornero:

In connection with your application for disability retirement your employer has found you to be incapacitated for the performance of your duties as a Police Officer. Your incapacity is industrial.

Subject to regular requirements of law, your date of retirement, the day following the date your employer gives as your last day on payroll, will be August 5, 2008. You will receive further information regarding your allowance under separate cover.

You will receive a PERS-BSD-11 Roll Letter prior to receiving your first disability warrant. You should receive your first disability warrant within 4 to 6 weeks of your approval date or retirement date, whichever is later.

If, at any time before the mailing of your first warrant, you wish to receive a refund of your accumulated contributions instead of a retirement allowance, you may do so by notifying CalPERS in writing at the above address. Membership in the retirement system terminates upon mailing of a warrant refunding contributions (Government Code Section 20340).

If you consider employment in the future, you may be required to report all earned income on a monthly basis. If the earnings from future employment exceed the maximum compensation currently earnable in the position held at the time of industrial disability retirement, that pension portion of your retirement allowance will be reduced (Government Code section 21228). You must contact CalPERS for approval prior to accepting employment which is permanent or exceeds 960 hours per year. Failure to get prior approval could result in reinstatement to that position, termination of your retirement allowance, and possible administrative penalties. For more information, you should request the publications, Employment After Retirement and Reinstatement From Retirement, available on our Web site, www.calpers.ca.gov.

You should contact your employer if you have any insurance coverage with them that you wish to continue into retirement.

Sincerely,

*[signature]*

Stacey L Olsen
Senior Benefit Program Specialist
Disability Retirement Section

cc:  City of Petaluma



# STATE OF CALIFORNIA
## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
P0629139

The amount printed on the face of this advice was transmitted to an account at bank 321177586 from the PUBLIC EMPLOYEES' RETIREMENT SYSTEM

09|01|2010

DOLLARS : CENTS
$****3115,07

**NOT NEGOTIABLE**

XXXXX1223
001248771
PAYEE IDENTIFICATION NUMBER(S)

LORI E ACCORNERO
5960 YERBA BUENA RD
SANTA ROSA CA 95409

When changing accounts or financial institutions, notify your retirement system or agency accounting office immediately. Do not close your old account until you have received your first payment in your new account.



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

```
PUBLIC EMPLOYEES' RETIREMENT SYSTEM
P O BOX 942716
SACRAMENTO, CA 94229-2716           TO L ACCORNERO
(888) CalPERS (225-7377)            SSN XXX-XX-1223
FOR DEAF-TDD (916) 795-3240         ID# XXX-XX-1223:00/01
```

ISSUE DATE 09/01/2010

| GROSS | DEDUCTIONS | NET |
|---|---|---|
| 3373.07 | 258.00 | 3115.07 |

| ITEMIZED GROSS | | ITEMIZED DEDUCTIONS | |
|---|---|---|---|
| MONTHLY BENEFIT | 3373.07 | RECOVER OVERPAYMENT | 258.00 |

| TOTAL GROSS | 3373.07 | TOTAL DEDUCTIONS | 258.00 |
|---|---|---|---|
| *ONE-TIME ADJUSTMENT | | *ONE-TIME DEDUCTION | |

CALPERS HEALTH PROGRAM MEMBERS ONLY - THE 2010 OPEN ENROLLMENT
PERIOD IS SEPT 13 - OCT 08.  HEALTH PLAN CHANGES DURING OPEN
ENROLLMENT WILL BECOME EFFECTIVE JANUARY 1, 2011.  YOU CAN
CHANGE YOUR HEALTH PLAN ONLINE AT HTTP://MY.CALPERS.CA.GOV
OR BY CALLING 888 CALPERS (OR 888-225-7377).
ROLL CONTROL NO 1506 J1248771 03

Case: 10-13676    Doc# 8    Filed: 09/23/10    Entered: 09/23/10 14:18:07    Page 6 of 8



# STATE OF CALIFORNIA
## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
P0164687

*The amount printed on the face of this advice was transmitted to an account at bank* | 321177586 | *from the* PUBLIC EMPLOYEES' RETIREMENT SYSTEM

07|30|2010 ~~August~~

DOLLARS : CENTS
$****3115.07

**NOT NEGOTIABLE**

XXXXX1223
000717603

PAYEE IDENTIFICATION NUMBER(S)

LORI E ACCORNERO
5960 YERBA BUENA RD
SANTA ROSA CA 95409

When changing accounts or financial institutions, notify your retirement system or agency accounting office immediately. Do not close your old account until you have received your first payment in your new account.



**JOHN CHIANG**
CALIFORNIA STATE CONTROLLER

PUBLIC EMPLOYEES' RETIREMENT SYSTEM
P O BOX 942716
SACRAMENTO, CA 94229-2716          TO L ACCORNERO
(888) CalPERS (225-7377)            SSN XXX-XX-1223
FOR DEAF-TDD (916) 795-3240         ID# XXX-XX-1223:00/01

ISSUE DATE 08/01/2010

| GROSS | DEDUCTIONS | NET |
|---|---|---|
| 3373.07 | 258.00 | 3115.07 |

| ITEMIZED GROSS | | ITEMIZED DEDUCTIONS | |
|---|---|---|---|
| MONTHLY BENEFIT | 3373.07 | RECOVER OVERPAYMENT | 258.00 |

| TOTAL GROSS | 3373.07 | TOTAL DEDUCTIONS | 258.00 |
|---|---|---|---|
| *ONE-TIME ADJUSTMENT | | *ONE-TIME DEDUCTION | |

*(handwritten: I get this back November 2010 — la)*

CALPERS AUTOMATED TELEPHONE SYSTEM IS AVAILABLE 24 HRS A DAY.
CALL TOLL FREE 888 CALPERS (OR 888-225-7377) TO ORDER FORMS,
PUBLICATIONS, OR TO RECEIVE GENERAL INFORMATION. TO SPEAK WITH
A SERVICE REPRESENTATIVE CALL M-F, 8AM-5PM. VISIT OUR WEB SITE
WWW.CALPERS.CA.GOV FOR INFORMATION OR SELF-SERVICE FEATURES.
ROLL CONTROL NO 1499 J0717603 03

| CITY OF PETALUMA | | | Emp No: 1543 | | | Name: ACCORNERO, ANGELO | |
|---|---|---|---|---|---|---|---|
| Federal allow/mar/add: | 2 M | 0.00 | Pay period start | 8/23/2010 | | Gross pay | 4,777.73 |
| State allow/mar/add: | 2 M | 0.00 | Pay period end | 9/5/2010 | | Net pay | 3,404.35 |
| | | | | | | YTD Gross earnings | 90,725.43 |
| Check # 17372 | | Issue date 9/10/2010 | | | | Taxable calendar YTD earnings | 83,218.94 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 70.00 | 38.4000 | 2,688.00 |
| Overtime | 24.25 | 57.6000 | 1,396.80 |
| Vacation | 10.00 | 38.4000 | 384.00 |
| Advance Cert 7% | 0.00 | 0.0000 | 215.04 |
| Longevity Pay | 0.00 | 0.0000 | 153.60 |
| Uniform | 0.00 | 0.0000 | 46.08 |
| Longevity Pay Furlough Red | 0.00 | 0.0000 | -4.72 |
| Advance Cert 7% Furlough | 0.00 | 0.0000 | -6.61 |
| Furlough Time Charged | 2.46 | -38.4000 | -94.46 |

### DEDUCTIONS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 69.28 | 1,308.11 |
| Federal Tax | 654.83 | 11,623.71 |
| CA State Tax | 234.94 | 4,131.18 |
| PERS | 304.28 | 6,044.65 |
| Survivor | 0.93 | 17.67 |
| Kaiser | 0.00 | 511.84 |
| Hartford 457 | 50.00 | 950.00 |
| Pre-Paid Legal | 7.36 | 139.84 |
| Pol Dues-Sworn | 51.76 | 983.44 |
| DIR. DEPOSIT | 250.00 | 0.00 |
| DIR. DEPOSIT | 3,154.35 | 0.00 |
| Total | 4,777.73 | 25,710.44 |

### LEAVE

| Description | Previous | Earned | Taken | Balance |
|---|---|---|---|---|
| Furlough Charged | 22.16 | 0.00 | 2.46 | 19.70 |
| Furlough Taken | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacation | 148.77 | 7.69 | 10.00 | 146.46 |
| Sick Leave | 171.80 | 3.69 | 0.00 | 175.49 |
| Float Hol | 10.00 | 0.00 | 0.00 | 10.00 |
| Comp Time | 12.38 | 0.00 | 0.00 | 12.38 |

### BENEFITS

| Description | Amount | Year-to-date |
|---|---|---|
| Medicare | 69.28 | 1,308.11 |
| PERS | 925.23 | 18,726.47 |
| Dental | 0.00 | 919.50 |
| Pemcha | 0.00 | 840.00 |
| Vision | 0.00 | 110.00 |
| Kaiser | 0.00 | 9,725.44 |
| Life Ins | 0.00 | 74.40 |
| LTD Sworn Pol | 0.00 | 156.00 |
| EAP | 0.00 | 52.00 |
| UI | 25.80 | 557.57 |
| PRB | 32.75 | 629.49 |
| Total | 1,053.06 | 33,098.98 |

### DIRECT DEPOSIT

| Account | Routing # | Amount |
|---|---|---|
| S ****6837 | 321177586 | 250.00 |
| C ****2392 | 321177586 | 3,154.35 |

**Comments:**

PLEASE DETACH BEFORE DEPOSITING



**CITY OF PETALUMA**
11 ENGLISH ST
PETALUMA, CA 94952

Payable through
EXCHANGE BANK

| | Check # | 17372 | 9999-01 999 |
|---|---|---|---|
| | Dept | Emp # | Date |
| | 4000 | 1543 | 9/10/2010 |
| | | | Amount |
| | | | **********0.00 |

**Pay exactly** ***** VOID ***** VOID ***** VOID ***** VOID ******

**Check Sort** 4000

**Pay to the order of**
ANGELO P ACCORNERO
5960 YERBA BUENA RD
SANTA ROSA, CA 95409

Void Void

**NOT NEGOTIABLE - NOTICE OF DEPOSIT**