EDDIE R. JIMENEZ (CA SBN 231239)
HIEU T. PHAM (CA SBN 265146)
GABRIEL OZEL (CA SBN 269098)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANGELO P ACCORNERO AND LORI E ACCORNERO,<br><br>Debtors. | Case No. 10-13676-AJ<br><br>Chapter 7<br><br>R.S. No. GO-14<br><br>NOTICE OF TERMINATION OF AUTOMATIC STAY |

TO: DEBTORS, DEBTORS' COUNSEL, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that, pursuant to the terms of the Order Re Motion for Relief/Adequate Protection ("Order") entered by the Court on December 16, 2010, the automatic stay pursuant to 11 United States Code section 362 is terminated effective January 31, 2010, to allow HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-10 (hereinafter "Movant"), to enforce its state law remedies against the security described in that certain Deed of Trust recorded on March 27, 2007, in the Office of the County Recorder of Sonoma County, State of California, with respect to the real property located at 5960 Yerba Buena Road, Santa Rosa, California, 95409 (the "Real Property"), and proceed with post-petition foreclosure remedies in accordance with applicable law. A copy of the Order is attached hereto as exhibit A and incorporated herein by reference.

Pursuant to the terms of the Order, Debtors shall bring the loan completely post-petition current on or before December 23, 2010, or the automatic stay shall be terminated. As of the date of this Notice, the Debtors have failed to bring the loan post-petition current.

The Debtors are in default for the January 1, 2011, post-petition payment in the amount of $4,362.65; and less $0.70 held in suspense. Accordingly, the automatic stay is terminated effective January 31, 2011, and Movant requests that the Chapter 7 Trustee cease making any further payments in regard to Movant's claim filed in this bankruptcy case.

Pursuant to paragraph four (4) of the Order, in the event Movant is granted relief from the automatic stay, the 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived.

Dated: February 15, 2011    PITE DUNCAN, LLP

/s/ GABRIEL OZEL 269098
Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10

Entered on Docket
December 16, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 16, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  EDDIE R. JIMENEZ (CA SBN 231239)
   GABRIEL OZEL (CA SBN 269098)
2  TRAVIS J. LILLIE (CA SBN 267339)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| In re | Case No. 10-13676-AJ |
|---|---|
| ANGELO P ACCORNERO AND LORI E ACCORNERO, | Chapter 7 |
|  | R.S. No. GO-14 |
|  | CONDITIONAL ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY |
|  | DATE: November 24, 2010<br>TIME: 9:00 AM |
| Debtor(s). | Northern District of California - Santa Rosa Division<br>United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404-6524 |

The above-captioned matter came on for hearing on November 24, 2010, at 9:00 AM, upon the Motion of HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-10 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Angelo P Accornero and Lori E Accornero ("Debtors") commonly known as 5960 Yerba Buena Road, Santa Rosa, California, 95409 (the "Real Property"), which is legally described as follows:

- 1 -

EXHIBIT A

Lot 4, as shown on the Map entitled, "St. Francis Acres, Unit No. Twelve", filed for record June 25, 1965, in Book 104 of Maps, Pages 17 and 18.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Debtors shall bring the loan completely post-petition current on or before December 23, 2010, or the automatic stay of 11 U.S.C. § 362, shall be terminated;

2. If Debtors bring the loan completely post-petition current on or before December 23, 2010, Movant may restore its Motion for Relief from Automatic Stay upon a future default;

3. In the event the automatic stay is terminated, Movant shall be authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. In the event the automatic stay is terminated, the 14-day stay provided by Bankruptcy Rule 4001 (a)(3) shall be waived;

5. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

6. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **