ARNOLD L. GRAFF (CA SBN 269170)
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
HSBC Bank USA, National Association as Trustee
for Wells Fargo Asset Securities Corporation,
Mortgage Pass-Through Certificates, Series 2007-10

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| ANGELO P ACCORNERO AND LORI E ACCORNERO, | Case No. 10-13676-AJ |
| Debtors, | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM** |

TO THE HONORABLE JUDGE OF SAID COURT:

     Comes now HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 07-00010, its successors and/or assigns, a secured creditor, ("Creditor"), in the above-styled proceeding, by and through the undersigned, and files this Notice of Substitution of Counsel Within the Same Firm as follows:

     1.    Attorney Arnold L. Graff of the law firm of Pite Duncan, LLP shall be designated as lead counsel for Creditor in this matter. Gabriel Ozel from Pite Duncan, LLP, who previously entered an appearance in this case is no longer associated with the firm and this Notice is intended to facilitate the transition of this matter to the counsel designated herein.

     2.    As lead counsel for Creditor, the undersigned requests that notices of all proceedings, hearings, reports or other papers filed in the above-styled case be sent to the undersigned counsel. The address for the undersigned counsel remains the same as that of counsel that previously appeared in this case.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the undersigned attorneys request that the Court note the designation of lead counsel for Creditor.

PITE DUNCAN, LLP

Dated: March 20, 2013

/s/ Arnold L. Graff
Arnold L. Graff
Attorneys for Movant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Substitution of Counsel Within the Same Firm* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on April 14, 2013.

          /s/ Pite Duncan Staff
          Pite Duncan Staff

**[DEBTOR'S / DEBTORS'] ATTORNEY**
**(via electronic notice)**
Daniel B. Beck
Beck Law, P.C.
2681 Cleveland Ave.
Santa Rosa, CA 95403

**[DEBTOR / DEBTORS]**
Angelo P Accornero
5960 Yerba Buena Rd
Santa Rosa, CA 95409

Lori E Accornero
5960 Yerba Buena Rd
Santa Rosa, CA 95409

**TRUSTEE**
**(via electronic notice)**
Linda S. Green
P.O.Box 5350
Santa Rosa, CA 95402

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Department of Justice
Northern District of California - Santa Rosa Division
Office of the US Trustee / SR
235 Pine Street
Suite 700
San Francisco, CA 94104

Vikas Kumar
Office of the U.S. Trustee
235 Pine St. #700
San Francisco, CA 94104

-3-    CASE NO. 10-13676-AJ